# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON LAU, | ) NO. CV 10-8488 JSL (FMO) |
|       Petitioner, | ) |
|       v. | ) **JUDGMENT** |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) |
|       Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  Nov. 29, 2010.

*/s/ Spencer Letts*

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE